**Motion Granted; Abatement Order filed December 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00667-CV
_____

**ARTHUR F. PRESTON, INDIVIDUALLY AND AS TRUSTEE OF THE ARTHUR F. PRESTON TRUST UTA DATED MARTCH 1, 1988, Appellant**

**V.**

**STEPHANIE ANN PRESTON, Appellee**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Court Cause No. 11-11-12525 CV**

## ABATEMENT  ORDER

On December 12, 2013, the parties filed a joint motion to abate the appeal to permit the parties to effectuate a settlement. The motion is granted. Accordingly, we issue the following order.

The court **ORDERS** the appeal abated until **March 14, 2014**. The appellate deadlines in this case are suspended until the abatement period has ended.

If the parties are successful in their settlement negotiations, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **ten days** from the conclusion of the abatement period. If no settlement agreement is reached, appellant shall file his brief at the end of the abatement period.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until March 14, 2014, at which time the appeal will be reinstated. The court will also consider an appropriate motion to reinstate the appeal filed by any party. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may also file a motion to extend the abatement period to finalize a settlement.

PER CURIAM
